# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **CYPRIAH DIAZ** | : | |
| | : | **CIVIL ACTION** |
| v. | : | No. 14-3432 |
| | : | |
| **JOHN KERESTES,** *et al.* | : | |

## ORDER

This 12th day of August, 2024, for the reasons stated in the accompanying memorandum, it is hereby **ORDERED** that Petitioner Cypriah Diaz' Motion for Reconsideration (ECF 27) is **DENIED**.

/s/ Gerald Austin McHugh
United States District Judge